*Ralls & Wille, P.C.*
314 South Sixth Avenue
Tucson, Arizona 85701
(520) 884-1234
(520) 884-9687 fax
grant@rallslawoffice.com

Attorney for Cabrera
Grant D. Wille, AZ Bar #031989

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**, | CR21-01864-TUC-SHR-JM-002 |
| Plaintiff, | |
| v. | **Motion to Continue Trial and Plea Deadline** |
| **Jose Bibiano Cabrera Cabrera**, | Third Request |
| Defendant. | |

It is expected that excludable delay under Title 18, United States Code, Section 3161(h)(7)(A) will occur as a result of this motion or an order based thereon.

Jose Bibiano Cabrera Cabrera, through undersigned counsel, requests that this Court continue all deadlines and dates in this case for a period of ninety (90) days. The plea deadline is currently set for October 3, 2025, and the trial is scheduled to begin on October 21, 2025, at 9:30 a.m. This request for continuance is made for the following reasons:

The Government has provided an initial disclosure of 215 pages of reports. At the time of that disclosure, the Government indicated it would be sending additional materials. The Government also indicated the kinds of information it intended to send in the future in its motion for a protective order. [ECF 57, p. 3.] The accusations span approximately seven years and involve an allegedly wide-

ranging conspiracy. Defense counsel is incapable of effectively preparing for trial without first receiving this additional disclosure. Accordingly, the Defense needs additional time, even taking into account due diligence.

The ends of justice served by the proposed continuance outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Although this case is not designated complex at this time, under the circumstances described above, a denial of a continuance would deny counsel the time reasonably necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

Assistant United States Attorney Stefani Hepford and Diana Erendira Castillo-Reina, counsel for co-defendant Jesus Humberto Limon-Lopez, have been contacted regarding this request and expressed no objection to the proposed continuance.

Undersigned counsel avers that this request has not been made for purposes of harassment or undue delay.

Respectfully submitted on October 3, 2025.

*s/ Grant D. Wille*
GRANT D. WILLE
Attorney for Cabrera Cabrera

Certificate of Service

I hereby certify that on October 3, 2025, I electronically transmitted/hand delivered the attached document to the Clerks' Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing/or hand delivered the following CM/ECF registrants:

AUSA
Stefani Hepford
Stefani.Hepford@usdoj.gov

AUSA
Ashley Culver
Ashley.culver@usdoj.gov


By:   Stephanie Felix
5953/MTC 10/3/25