TIMOTHY COURCHAINE
United States Attorney
District of Arizona
STEFANI K. HEPFORD
ASHLEY CULVER
Assistant U.S. Attorneys
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone:  520-620-7300
Email: stefani.hepford@usdoj.gov
        ashley.culver@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-21-01864-2-TUC-SHR (MAA) |
|---|---|
| Plaintiff, | GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND |
| vs. | |
| Jose Bibiano Cabrera-Cabrera, a/k/a Durango, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, respectfully moves the Court to extend the deadline to respond to the defendant's motion to compel, filed at Doc. 82.[1]

The government's current deadline to file its response is August 18, 2026. No motion hearing has been scheduled. The government requests that the Court extend the response deadline to September 4, 2026.

Extending the motion response deadline is not expected to delay trial. The current trial date is September 22, 2026, which is not a firm trial date, and the parties do not intend

---

[1] The defendant's proposed motion was lodged on July 30, 2026, with a motion for leave to file excess pages (Doc. 79). The Court granted the motion for leave to file excess pages and ordered that the motion to compel be filed into the Court's record on August 4, 2026.

to proceed to trial on that date. The motion is 39 pages with 313 pages of attachments. Counsel for the government needs additional time to prepare a response due to official travel taking counsel out of District.

Counsel for the defendant Cabrera-Cabrera has advised that Mr. Cabrera-Cabrera has no objection to this motion.

Respectfully submitted this 12th day of August, 2026.

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

*s/Stefani K. Hepford*
*s/Ashley Culver*

STEFANI K. HEPFORD
ASHLEY CULVER
Assistant U.S. Attorneys

Copy of the foregoing served electronically or by
other means this 12th day of August, 2026, to all ECF participants.

- 2 -